# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SABIC PETROCHEMICALS HOLDING
US, INC.

NO.  2020 CW 1133

VERSUS

WILLIAMS OLEFINS, L.L.C. AND
THE WILLIAMS COMPANIES, INC.

**NOVEMBER 17, 2020**

In Re:   SABIC Petrochemicals Holding US, Inc., applying for
         supervisory writs, 18th Judicial District Court,
         Parish of Iberville, No. 76976.

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

   **WRIT DENIED.**

                    **JMM**
                    **GH**
                    **AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT